**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00292-JLK

KAREN HOWARD,

      Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,
d/b/a NATIONAL RECOVERY AGENCY,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(i) (doc. #5), filed April 29, 2010, and being fully advised in

the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with

each party to pay her or its own attorney's fees and costs.


                      BY THE COURT:


April 29, 2010           ***s/John L. Kane***
DATE                  U.S. DISTRICT JUDGE